NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-3290

JOSEPH V. ARRIETA,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of an arbitrator's decision by John M. Donoghue.

ON MOTION

ORDER

Upon consideration of the Department of Homeland Security's motion for an extension of time, until February 27, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Morris E. Fischer, Esq.
     Maame A.F. Ewusi-Mensah, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2009

JAN HORBALY
CLERK